9925. SIMPSON *et al v.* CLARY *et al.*

LUKE, J. 1. The court did not err, when the charge is considered as a whole, in not giving the charge requested in the exact language of the requests. The charge of the court fully and fairly presented the issues, and is not subject to the criticisms urged by the plaintiffs in error.

2. The evidence, though conflicting, was sufficient to support the verdict, which has the approval of the trial judge. For none of the reasons assigned do we find error requiring a reversal of the judgment overruling the motion for a new trial.

  *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 15, 1919. REHEARING DENIED JANUARY 28, 1919.

Complaint; from Wilkes superior court—Judge Walker. June 4, 1918.

*W. A. Slaton, Colley & Colley,* for plaintiffs in error.

*C. E. Sutton, S. H. Sibley, C. D. Colley,* contra.

---

9929. CALHOUN *v.* DUNSON & GAY.

LUKE, J. 1. Ordinarily a broker employed to obtain a loan for a borrower does not fulfil his engagement by simply finding a person who is ready, able, and willing to make the loan on the terms on which the borrower has contracted to take it, but he must either tender the money or produce the person willing to make the loan on the terms agreed, unless the borrower, at the time the broker advises him that he has such a person ready, able, and willing to make the loan refuses to accept the loan.

(*a*) Such authority to the broker may be revoked by the borrower at any time prior to the finding of the lender who is willing, able, and ready to make the loan upon the terms of the agreement of the borrower. Such revocation, however, cannot be made after notice to the borrower that he has procured the lender ready, able, and willing to make the loan upon the security and terms agreed.

2. The evidence upon the trial of this case was in some particulars conflicting, but there was ample evidence to support the verdict, which has the approval of the trial court. There is no error of law complained of which, in the light of the record as a whole, requires a reversal of the judgment overruling the certiorari.

  *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

   DECIDED JANUARY 15, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. May 28, 1918.

*Hewlett & Dennis,* for plaintiff in error.

*H. A. Etheridge,* contra.